IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY E. KENDALL, | : |
|       Plaintiff, | : |
| v. | : Civ. No. 05-698-LPS |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
|       Defendant. | : |

**ORDER**

At Wilmington this 28th day of February, 2008, consistent with the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for summary judgment (D.I. 15) is GRANTED in part and DENIED in part.

2. Defendant's cross-motion for summary judgment (D.I. 19) is DENIED.

3. The final decision of the Commissioner dated March 10, 2005 is reversed and remanded for further findings and/or proceedings consistent with the Court's Memorandum Opinion instructing the adjudicator to consider Social Security Rulings 82-63 and 85-15 before determining whether Plaintiff can do work which exists in significant numbers in the national economy.

                                                                             Leonard P. Stark<br>
                                                                             United States Magistrate Judge