IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARY KENDALL,                          )
                                       )
              Plaintiff,               )
                                       )
      v.                               )   CIVIL ACTION NO. 05-698-LPS
                                       )
MICHAEL J. ASTRUE,                     )
Commissioner of                        )
Social Security,                       )
                                       )
              Defendant.               )

ORDER

Based on the parties' Stipulation for the Award and Payment

of Equal Access to Justice Act Fees, IT IS ORDERED that

Plaintiff's counsel, Stephen A. Hampton, Esquire, as Plaintiff's

assignee, shall be awarded attorney fees under the EAJA in the

amount of Two Thousand Five Hundred Twenty-Eight dollars and

00/00 cents ($2,528.00), as authorized by 28 U.S.C. § 2412(d),

subject to the terms of the above-referenced Stipulation.


                       BY THE COURT:


                       _____
                       United State Magistrate Judge